# ELECTRONIC RECORD

COA # 01-13-00634-CR          OFFENSE: 39.03 (Official Oppression)

STYLE:   Drew Ryser v. The State of Texas    COUNTY:   Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 174th District Court

DATE: 11/25/2014          Publish: YES   TC CASE #:    1268025

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Drew Ryser v. The State of Texas       CCA #:   **1672-14**

_____*APPELLANT'S*_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:      _____

_____*REFUSED*_____           JUDGE:     _____

DATE: _____*03/25/2015*_____           SIGNED: _____      PC: _____

JUDGE: _____*Per Curiam*_____           PUBLISH: _____      DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD